IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAITLIN WALSH,<br><br>                Plaintiff,<br>vs.<br><br>10Q HOSPITALITY, LLC,<br><br>                Defendant. | Case No. 3:23-cv-50459 |

**STIPULATION TO DISMISS**

The parties, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that plaintiff's individual claims in the above-titled action against defendant are hereby dismissed with prejudic, all matters in controversy having been settled. Each party shall bear her/its own attorneys' fees and costs subject to what is provided in the parties' settlement agreement.

Dated: June 28, 2024

| | |
|---|---|
| /s/ Yaakov Saks | /s/Stephen L. Sitley |
| Yaakov Saks (IL Bar #021132010) | Stephen L. Sitley |
| Stein Saks, PLLC | Lewis Brisbois Bisgaard & Smith LLP |
| One University Plaza, Suite 620 | 550 W Adams Street Suite 300 |
| Hackensack, NJ 07601 | Chicago, Illinois 60606 |
| Phone: (201) 282-6500 | Phone: (312) 463-3449 |
| ysaks@steinsakslegal.com | Stephen.sitley@lewisbrisbois.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |