# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Caitlin Walsh
                              Plaintiff,

v.                                                      Case No.: 3:23−cv−50459
                                                        Honorable Iain D. Johnston

10Q Hospitality, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 28, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [19], this case is dismissed with prejudice. Each party shall bear its own fees and costs, subject to what is provided for in the parties' settlement agreement. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.